**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| COPPERFIELD LLC, | : | CASE NO. |
| | : | |
| Plaintiff, | : | Judge _____ |
| | : | |
| v. | : | |
| | : | |
| CITY OF VANDALIA, *et al.,* | : | **NOTICE OF REMOVAL** |
| | : | |
| Defendants. | : | |

Now come Defendants, City of Vandalia and City of Vandalia City Council, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 42 U.S.C.§ 1983, and file this Notice of Removal, and in support hereof set forth the following grounds:

1.      On or after January 12, 2026, Defendants, City of Vandalia and City of Vandalia City Council, were served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled *Copperfield LLC v. City of Vandalia, et al.*, filed with the Clerk of Common Pleas Court of Montgomery County, Ohio in Case No. 2026 CV 00137 (the "State Court Action").

2.      Plaintiff's Complaint purports to set forth causes of action under 42 U.S.C. § 1983 *et seq.* and the Fifth and Fourteenth Amendments to the United States Constitution.

3.      This Court has original jurisdiction over Plaintiff's cause of action based on 42 U.S.C. § 1983 as set forth in 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over any state law causes of action, which might arise under state law as set forth in 28 U.S.C. § 1367. Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Common Pleas Court of Montgomery County, Ohio is removable to this Court.

4.      Defendants, City of Vandalia and City of Vandalia City Council, will file their Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the

Southern District of Ohio, Western Division at Dayton. The parties have stipulated that the City of Vandalia and the City of Vandalia City Council may extend their time to answer or otherwise reply until February 23, 2026, a copy of which is attached hereto.

5.　　　Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint and thus is timely pursuant to 28 U.S.C. 1446.

6.　　　Copies of all process, pleadings, and orders served upon Defendants City of Vandalia and City of Vandalia City Council, in this action are attached hereto.

7.　　　Defendants, City of Vandalia and City of Vandalia City Council, have provided written notice of the filing of this Notice of Removal to Plaintiff by electronic mail on this date and have also forwarded a Notice for Filing with the Clerk of Courts of Montgomery County, Ohio regarding this Notice of Removal.

WHEREFORE, Defendants, City of Vandalia and City of Vandalia City Council, pray that the above-captioned action now pending in the Common Pleas Court of Montgomery County, Ohio, be removed therefrom and placed on the regular docket of the United States District Court for the Southern District of Ohio, Western Division at Dayton, Ohio.

Respectfully submitted,

SURDYK, DOWD & TURNER, CO., L.P.A.

*/s/ Christopher T. Herman*
Dawn M. Frick (0069068)
Christopher T. Herman (0076894)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
dfrick@sdtlawyers.com
cherman@sdtlawyers.com
*Trial Attorneys for Defendants, City of*
*Vandalia and City of Vandalia City Council*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing, to the following:

Christopher R. Conard, Esq. (0039751)
Alexander W. Cloonan, Esq. (0095690)
Coolidge Wall Co., L.P.A.
33 W. First Street, Ste. 660
Dayton, OH 45402
Tel: (937) 223-8177
Fax: (937) 223-6705
conard@coollaw.com
cloonan@coollaw.com
*Attorneys for Copperfield LLC*

*/s/ Christopher T. Herman*
Christopher T. Herman (0076894)

3